# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT
333 Constitution Avenue, NW
Washington, DC 20001

| | | |
|---|---|---|
| TCP Specialists, LLC | ) | |
| | ) | |
|     Petitioner | ) | Case No. 25-1173 |
| v. | ) | |
| | ) | |
| Occupational Safety and Health Review Commission | ) | **PETITION FOR REVIEW** |
| | ) | |
| | ) | |
|     Respondent | ) | |

TCP Specialists, LLC, hereby petitions the court for review of the Administrative Law Judge Order of the Occupational Safety and Health Review Commission entered June 11, 2025. A copy of the Notice of Final Order from the Occupational Safety and Health Review Commission is attached to this Petition for Review as Exhibit A.

    Attorneys for Petitioner

    /s/*Darren S. Harrington*
    Darren S. Harrington (Bar No. 24002232)
    Brian L. Hurt (Bar No. 24012876)
    STEPTOE & JOHNSON PLLC
    500 North Akard Street, Suite 3200
    Dallas, TX 75202
    Ph:   (214) 251-8005
    Fax:  (214) 393-4099
    Email: Darren.Harrington@Steptoe-Johnson.com
            Brian.Hurt@Steptoe-Johnson.com
    *Counsel for Respondent, TLC Specialists, LLC*

# DISCLOSURE STATEMENT

*Petitioner (TCP Specialists, LLC)*

TCP Specialists, LLC is represented by Darren S. Harrington and Brian L. Hurt of the law firm of Steptoe & Johnson PLLC, 500 North Akard Street, Suite 3200, Dallas, TX 75202; Ph: (214) 251-8005, Fax: (214) 393-4099; Email: darren.harrington@steptoe-johnson.com and brian.hurt@steptoe-johnson.com

TCP Specialists, LLC is a privately held company that does not have a parent company or a publicly held corporation that is a member of the company.

*Respondent (Occupational Safety and Health Review Commission)*

Executive Secretary, Occupational Safety and Health Review Commission, 1120 20th Street, N.W., Suite 980, Washington, DC 20036; Ph: (202) 606-5060. Allyson Gault, Office of the Solicitor, U.S. Department of Labor, 525 Griffin Street, Suite 501, Dallas, TX 75202, Ph: (972) 850-3131, Fax: (972) 850-3101; Email: gault.allyson.d@dol.gov.

/s/*Darren S. Harrington*
Darren S. Harrington

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2025, I caused this Petition to Review to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following:

*Respondent (Occupational Safety and Health Review Commission)*

    Executive Secretary
    Occupational Safety and Health Review Commission
    One Lafayette Centre
    1120 20th Street NW, Suite 980
    Washington, D.C. 20036-3457

    Allyson Gault
    Office of the Solicitor
    U.S. Department of Labor
    525 Griffin Street,
    Suite 501
    Dallas, TX 75202
    Email: gault.allyson.d@dol.gov

I further certify that I caused copies of the foregoing Petition to Review to be mailed to the Respondent, Occupational Safety and Health Review Commission and Allyson Gault, Office of the Solicitor, U.S. Department of Labor.

                                    /s/*Darren S. Harrington*
                                    Darren S. Harrington

# EXHIBIT A



United States of America
**OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION**
1120 20th Street, N.W., Ninth Floor
Washington, DC 20036-3457

Office of the
Executive Secretary

Phone: (202) 606-5400
Fax:   (202) 606-5050

| | |
|---|---|
| SECRETARY OF LABOR,<br><br>    Complainant,<br><br>    v.<br><br>TCP SPECIALISTS, LLC,<br><br>    Respondent. | OSHRC Docket No. 23-1002 |

## NOTICE OF FINAL ORDER

The Respondent's Petition for Discretionary Review in the above cited action was received by the Commission on June 2, 2025. The case was not directed for review. **Therefore, the decision of the Administrative Law Judge became a final order of the Commission on June 11, 2025.** Commission Rules 90(b)(2) and 90(d), 29 C.F.R. §§ 2200.90(b)(2) and 2200.90(d); Section 12(j) of the Occupational Safety and Health Act of 1970, 29 U.S.C. § 661(j).

**ANY PERSON ADVERSELY AFFECTED OR AGGRIEVED WHO WISHES TO OBTAIN REVIEW OF THE DECISION OF THE ADMINISTRATIVE LAW JUDGE MUST FILE A PETITION FOR REVIEW WITH THE APPROPRIATE FEDERAL COURT OF APPEALS WITHIN 60 DAYS OF THE DATE OF THE ABOVE FINAL ORDER DATE.** *See* Section 11 of the Occupational Safety and Health Act of 1970, 29 U.S.C. § 660; Fed. R. App. P. 15.

FOR THE COMMISSION,

*/s/ John X. Cerveny*

Dated: June 12, 2025

John X. Cerveny
Executive Secretary

DOCKET NO. 23-1002

NOTICE IS GIVEN TO THE FOLLOWING:

Louise M. Betts, Counsel for Appellate Litigation
Heather R. Phillips, Counsel for Appellate Litigation
Office of the Solicitor, U.S. DOL
200 Constitution Ave., NW, Room S4004
Washington, DC 20210

Mary Cobb, Regional Solicitor
Allyson D. Gault, Trial Attorney
U.S. Department of Labor
Office of the Solicitor
525 South Griffin Street, Suite 501
Dallas, TX 75202

Brian Lee Hurt, Esq.
Darren S. Harrington, Esq.
Steptoe & Johnson, PLLC
500 North Akard Street, Suite 3200
Dallas, TX 75201

John B. Gatto, Administrative Law Judge
Occupational Safety and Health Review Commission
Sam Nunn Atlanta Federal Center
100 Alabama St. S.W.
Building 1924 Room 2R90
Atlanta, GA 30303-3104