# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. **25-1173**  2. DATE DOCKETED: 8/11/2025
3. CASE NAME (lead parties only) **TCP** v. **Secretary of Labor**
4. TYPE OF CASE: ☐ Review  ☒ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes  ☒ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: **Occupational Safety and Health Review Commission**
   b. Give agency docket or order number(s): **OSHRC Docket No. 23-1002**
   c. Give date(s) of order(s) **June 11, 2025**
   d. Has a request for rehearing or reconsideration been filed at the agency? ☐ Yes  ☒ No
      If so, when was it filled? _____  By whom? _____
      Has the agency acted? ☐ Yes  ☐ No  If so, when? _____
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Petitioner files this appeal as a matter of right under 29 U.S.C. Section 660 and FRAP 15.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☐ Yes  ☒ No   If YES, identify case name(s), docket number(s), and court(s)
   g. Are any other caess, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes  ☒ No   If YES, give case name(s) and number(s) of these cases and identify court/agency:
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes  ☒ No  If YES, provide program name and participation dates.

Signature **Brian Hurt**  Date **9/10/2025**
Name of Party (Print) **TCP Specialists, LLC**
Name of Counsel for Appellant/Petitioner (Print) **Brian Hurt**
Address **500 North Akard St, Suite 3200 Dallas, TX 75201**
E-Mail **brian.hurt@steptoe-johnson.com**  Phone **(214) 251-8424**  Fax (___) ___

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. An original and three copies of such letter should be submitted.

USCA Form 41
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2025, I caused this Docketing Statement to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following:

Amy S. Tryon
Office of the Solicitor
U.S. Department of Labor
200 Constitution Ave. NW
Room S-4004
Washington, DC 20210
Email: tryon.amy.s@dol.gov

/s/ *Brian Hurt*
Brian Hurt